UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIO R. MAMOT,

                Plaintiff,

-against-

GEICO CAR INSURANCE; MAYOR BILL DE BLASIO; FDNY COM DANIE NIGRO; NYPD COM DERMOT SHEA,

                Defendants.

21-CV-6717 (LTS)

BAR ORDER UNDER
28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff filed this action *pro se*, and the Court granted him leave to proceed *in forma pauperis* (IFP). On September 27, 2021, the Court dismissed the action for failure to state a claim on which relief may be granted. Additionally, the Court noted that Plaintiff had previously filed nine actions that were dismissed for lack of merit, and ordered Plaintiff, within 30 days, to show cause why he should not be barred from filing further actions IFP in this Court without prior permission. On October 7, 2021, Plaintiff filed a notice of interlocutory appeal, and on October 13, 2021, Plaintiff filed a motion for reconsideration. By order dated November 29, 2021, the Court denied the motion for reconsideration. On December 27, 2021, the Second Circuit dismissed the appeal. No. 21-2551 (2d Cir. Dec. 27, 2021).

    Plaintiff did not file a declaration as directed in the September 27, 2021 order. Accordingly, the bar order will issue.

## CONCLUSION

    The Court bars Plaintiff from filing future civil actions IFP in this Court without first obtaining from the Court leave to file. *See* 28 U.S.C. § 1651. Plaintiff must attach a copy of his proposed complaint and a copy of this order to any motion seeking leave to file a new civil action IFP in this Court. The motion must be filed with the Pro Se Intake Unit of this Court. If

Plaintiff violates this order and files an action without filing a motion for leave to file, the Court will dismiss the action for failure to comply with this order.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment dismissing this case.

SO ORDERED.

Dated:   March 27, 2025
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                             Chief United States District Judge