UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIO R. MAMOT,<br><br>                                    Plaintiff,<br><br>        -against-<br><br>GEICO CAR INSURANCE; MAYOR BILL DE BLASIO; FDNY COM DANIE NIGRO; NYPD COM DERMOT SHEA,<br><br>                                    Defendants. | 21 CIVIL 6717 (LTS)<br><br>CIVIL JUDGMENT |

　　　　For the reasons stated in the March 27, 2025, Bar Order, this action is dismissed.

　　　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    March 28, 2025

　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Laura Taylor Swain
　　　　　　　　　　　　　　　　　　　　　　　LAURA TAYLOR SWAIN
　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge